IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Joanne D. Pfeuffer, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 0:07-1711-HMH-BM |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Michael J. Astrue, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412(d). Joanne D. Pfeuffer ("Pfeuffer") seeks attorney's fees for services rendered in the above-captioned social security action in the amount of Three Thousand Five Hundred Eighty-five Dollars and Ninety-four Cents ($3,585.94) (calculated at $169.95 per hour multiplied by 21.1 attorney hours). The Commissioner does not object to the request for attorney's fees. Further, the court finds the hourly rate and number of hours to be reasonable.

Therefore, it is

**ORDERED** that Pfeuffer is awarded a fee in the amount of Three Thousand Five Hundred Eighty-five Dollars and Ninety-four Cents ($3,585.94).

**IT IS SO ORDERED**.

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 5, 2008